IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| MICHAEL SILVERA | : | VIOLATIONS:<br>18 U.S.C. § 2332a(a)(2) |
| | : | (threatening to use a weapon of mass destruction - 1 count) |
| | : | 18 U.S.C. § 871(a)<br>(threatening the President - 1 count) |
| | : | 18 U.S.C. § 879(a)(1)<br>(threatening a former President - 1 count) |
| | : | 18 U.S.C. § 876(c)<br>(mailing a threatening communication |
| | : | - 1 count) |

**I N D I C T M E N T**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about June 3, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**MICHAEL SILVERA,**

without lawful authority, threatened to use a weapon of mass destruction, that is, an envelope containing a white substance that purported to be a biological agent, toxin, and vector, specifically anthrax, against persons in the offices of the Federal Emergency Management Agency (FEMA), 615 Chestnut Street, 6th Floor, Philadelphia, Pennsylvania, and the mail was used in furtherance of this offense and such threat would have affected interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2332a(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

## MICHAEL SILVERA

knowingly and willfully deposited for conveyance in the mail, and for delivery from any post office and by any letter carrier, a letter containing a threat to take the life of George W. Bush, the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

## MICHAEL SILVERA

knowingly and willfully threatened to kill William J. Clinton, a former President of the United States.

In violation of Title 18, United States Code, Section 879(a)(1).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 3, 2005, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

## MICHAEL SILVERA

knowingly caused to be delivered by the Postal Service according to the direction thereon a communication, that is, a letter addressed to an employee of the United States and agency of the United States containing a threat to injure the person of the addressee and of another.

In violation of Title 18, United States Code, Section 876(c).

**A TRUE BILL:**


_____
**FOREPERSON**


_____
**PATRICK L. MEEHAN**
**United States Attorney**